## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| SHANDLE MARIE RILEY, | § | |
| | § | **Case No. 1:19-cv-304** |
| *Plaintiff*, | § | Judge Travis R. McDonough |
| | § | Magistrate Judge Christopher H. Steger |
| ~V~ | § | **JURY DEMANDED** |
| | § | Consolidated |
| HAMILTON COUNTY GOVERNMENT, | § | 1:19-cv-198 |
| | § | 1:19-cv-305 |
| DANIEL WILKEY, | § | 1:19-cv-329 |
| individually and in his capacity as deputy sheriff | § | 1:19-cv-348 |
| for Hamilton County Government, and | § | 1:20-cv-16 |
| | § | 1:20-cv-17 |
| JACOB GOFORTH, | § | 1:20-cv-19 |
| individually and in his capacity as deputy sheriff | § | 1:20-cv-20 |
| for Hamilton County Government, | § | 1:19-cv-44 |
| | § | |
| *Defendants*. | § | |

## MOTION TO STRIKE-MRS

Movants, counsel for Plaintiffs MRS (Catherine White), move this Court to strike Court

Documents 313, and 314[1] as filed prematurely. E.D. Tenn. L.R. 83.4(g)(3) requires passage of 14

days between the date of notice to the Plaintiff of intent to withdraw and filing of the motion

itself. In the present situation, the 14th day falls on February 4, 2021.

Hence, the motions to withdraw are filed prematurely and must be stricken.

**Wherefore,** Movants request this Court to strike the motions to withdraw as filed

prematurely with leave to refile them on or after February 4, 2021.

Respectfully submitted,

---

[1] Doc. 314 was filed in error as a motion relating to MRS, which had already been filed as Doc. 313.

~ 1 ~

By: /s/ Robin Ruben Flores
           **ROBIN RUBEN FLORES**
           **TENN. BPR #20751**
           **GA. STATE BAR #200745**
                Counsel for Plaintiff and Movant
                4110-A Brainerd Road
                Chattanooga, TN 37411
                423 / 267-1575  fax 267-2703
                robin@robinfloreslaw.com

**THE COCHRAN FIRM MID-SOUTH**

*/s/ Howard B. Manis_(by permission)*
           **HOWARD B. MANIS**
           **TENN. BPR #16202**
           40 South Main Suite 1700
           Memphis, TN 38103
           (901) 523-1222
           *Attorney for the Plaintiff*
           hmanis@cochranfirmmidsouth.com

**THE COCHRAN FIRM MID-SOUTH**

*/s/ Andrew C. Clarke (by permission)*
           **ANDREW C. CLARKE**
           **TENN. BPR # 15409**
           40 South Main Suite 1700
           Memphis, TN 38103
           (901) 523-1222
           *Attorney for the Plaintiff*
           aclarke@cochranfirmmidsouth.com

CERTIFICATE OF SERVICE

       This is to certify that I have this day served the following named persons with a true and exact copy of this motion to strike by placing a true and exact copy of said motion in the United States Mail, addressed to PLAINTIFF at her last known addresses,

Address #1:
Plaintiff c/o
Catherine White, Esq. (GAL)
1016 Dallas Road, Suite 203
Chattanooga, TN 37405

Address #2:
Plaintiff
2123 Mowbray Pike
Soddy Daisy, TN 37379

BY EMAIL TO:
mroseswartz@gmail.com


I also certify that I have delivered a copy of this motion to all persons noted on the electronic filing receipt.


DATE: February 1, 2021
BY: /s/ Robin Ruben Flores