UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| SHANDLE MARIE RILEY, | § | |
| | § | **Case No. 1:19-cv-304** |
| *Plaintiff*, | § | Judge Travis R. McDonough |
| | § | Magistrate Judge Christopher H. Steger |
| ~v~ | § | **JURY DEMANDED** |
| | § | Consolidated |
| HAMILTON COUNTY GOVERNMENT, | § | 1:19-cv-198 |
| | § | 1:19-cv-305 |
| DANIEL WILKEY, | § | 1:19-cv-329 |
| individually and in his capacity as deputy sheriff | § | 1:19-cv-348 |
| for Hamilton County Government, and | § | 1:20-cv-16 |
| | § | 1:20-cv-17 |
| JACOB GOFORTH, | § | 1:20-cv-19 |
| individually and in his capacity as deputy sheriff | § | 1:20-cv-20 |
| for Hamilton County Government, | § | 1:19-cv-44 |
| | § | |
| *Defendants*. | § | |

## MOTION TO STRIKE-KELSEY WILSON

Movants, counsel for Plaintiffs Kelsey Wilson, move this Court to strike Court Document 315 as filed prematurely. E.D. Tenn. L.R. 83.4(g)(3) requires passage of 14 days between the date of notice to the Plaintiff of intent to withdraw and filing of the motion itself. In the present situation, the 14th day falls on February 4, 2021.

Hence, the motion to withdraw is filed prematurely and must be stricken.

**Wherefore,** Movants request this Court to strike the motion to withdraw as filed prematurely with leave to refile it on or after February 4, 2021.

    Respectfully submitted,

    By: /s/ Robin Ruben Flores
        **ROBIN RUBEN FLORES**
        **TENN. BPR #20751**
        **GA. STATE BAR #200745**
        Counsel for Plaintiff and Movant
        4110-A Brainerd Road

~ 1 ~

Chattanooga, TN 37411  
423 / 267-1575 fax 267-2703  
robin@robinfloreslaw.com

### THE COCHRAN FIRM MID-SOUTH

*/s/ Howard B. Manis_(by permission)*
  **HOWARD B. MANIS**
  **TENN. BPR #16202**
  40 South Main Suite 1700
  Memphis, TN 38103
  (901) 523-1222
  *Attorney for the Plaintiff*
  hmanis@cochranfirmmidsouth.com

### THE COCHRAN FIRM MID-SOUTH

*/s/ Andrew C. Clarke (by permission)*
  **ANDREW C. CLARKE**
  **TENN. BPR # 15409**
  40 South Main Suite 1700
  Memphis, TN 38103
  (901) 523-1222
  *Attorney for the Plaintiff*
  aclarke@cochranfirmmidsouth.com

<u>CERTIFICATE OF SERVICE</u>

  This is to certify that I have this day served the following named persons with a true and exact copy of this motion to strike by placing a true and exact copy of said motion in the United States Mail, addressed to PLAINTIFF at her last known addresses,

2100 Wisteria Drive, Hixson, TN 37343

Email: kelseylorenw@gmail.com

I also certify that I have delivered a copy of this motion to all persons noted on the electronic filing receipt.

DATE: February 2, 2021
          BY: /s/ Robin Ruben Flores