UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| SHANDLE MARIE RILEY, | § | |
| | § | **Case No. 1:19-cv-304** |
| *Plaintiff*, | § | Judge Travis R. McDonough |
| | § | Magistrate Judge Christopher H. Steger |
| ~v~ | § | **JURY DEMANDED** |
| | § | Consolidated |
| HAMILTON COUNTY GOVERNMENT, | § | 1:19-cv-198 |
| | § | 1:19-cv-305 |
| DANIEL WILKEY, | § | 1:19-cv-329 |
| individually and in his capacity as deputy sheriff | § | **1:19-cv-348** |
| for Hamilton County Government, and | § | 1:20-cv-16 |
| | § | 1:20-cv-17 |
| JACOB GOFORTH, | § | 1:20-cv-19 |
| individually and in his capacity as deputy sheriff | § | 1:20-cv-20 |
| for Hamilton County Government, | § | 1:19-cv-44 |
| | § | |
| *Defendants*. | § | |

## **MOTION TO WITHDRAW – M.R.S.**

Movants, counsel for Plaintiff, pursuant to Tenn. Sup. Ct. R., Rule 8, RPC 1.16(a) and (b), and E.D.TN. LR 83.4, move this Court for permission to withdraw as counsel of record for Plaintiff M.R.S.

**Introduction:**

Tenn. Sup. Ct. R., Rule 8, RPC 1.6(b)(5), allow Movants to disclose certain amounts of information relating to the representation to establish a claim on behalf of Movants.

**Basis for Motion:**

Movants' continued representation of Plaintiff will result in a violation of the Rules of Professional Conduct. See Tenn. Sup. Ct. R., Rule 8, RPC 1.16(a)(1). The rule that will be violated is RPC 1.4 (communication).

**Prerequisites to Motion:**

~ 1 ~

Movants certify to the Court that they delivered a notice of Movants' intent to file this motion to withdraw more than 14 days from the date Movants filed this instant motion, and that the Plaintiff has a right to appear at the hearing of the motion.

No hearing date on the motion is set at this time; however, Movants shall serve the Plaintiff at least seven (7) days before the hearing (excluding Saturdays, Sundays and holidays) with notice (1) of the date, time and place of the hearing, and (2) that the Plaintiff has a right to appear and be heard on the motion once Movants obtain a hearing date from the Clerk of Court and this Court.

The Plaintiff's last known contact information is as follows:

[a]. Phone Numbers and Addresses:

Catherine White, Esq. (GAL) (423) 280-0943
1016 Dallas Road, Suite 203
Chattanooga, TN  37405

Debra Cummings (Plaintiff's mother) (423) 208-3244
2123 Mowbray Pike
Soddy Daisy, TN  37379

Plaintiff (423) 403-1691
Email: mroseswartz@gmail.com

**Wherefore,** Movants move this Court to set this motion for a hearing and grant leave to Movants to withdraw as Counsel for the Plaintiff.

Respectfully submitted,

**\*\*signatures and certificate of service on next page\*\***

By: /s/ Robin Ruben Flores
**ROBIN RUBEN FLORES**
**TENN. BPR #20751**
**GA. STATE BAR #200745**
Counsel for Plaintiff and Movant
4110-A Brainerd Road
Chattanooga, TN 37411
423 / 267-1575 fax 267-2703
robin@robinfloreslaw.com

**THE COCHRAN FIRM MID-SOUTH**

/s/ Howard B. Manis_(by permission)
**HOWARD B. MANIS**
**TENN. BPR #16202**
40 South Main Suite 1700
Memphis, TN 38103
(901) 523-1222
*Attorney for the Plaintiff*
hmanis@cochranfirmmidsouth.com

**THE COCHRAN FIRM MID-SOUTH**

/s/ Andrew C. Clarke (by permission)
**ANDREW C. CLARKE**
**TENN. BPR # 15409**
40 South Main Suite 1700
Memphis, TN 38103
(901) 523-1222
*Attorney for the Plaintiff*
aclarke@cochranfirmmidsouth.com

\*\*certificate of service on next page\*\*

~ 3 ~

Case 1:20-cv-00019-TRM-CHS   Document 228   Filed 02/04/21   Page 3 of 4   PageID #: 2098

CERTIFICATE OF SERVICE

This is to certify that I have this day served the following named persons with a true and exact copy of this motion to withdraw by placing a true and exact copy of said motion in the United States Mail, addressed to PLAINTIFF c/o the Guardian ad Litem:

Address #1:
Plaintiff c/o
Catherine White, Esq. (GAL)
1016 Dallas Road, Suite 203
Chattanooga, TN 37405

I also certify that I have delivered a copy of this motion to all persons noted on the electronic filing receipt.

DATE: February 4, 2021
                               BY: /s/ Robin Ruben Flores